UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAHMOUD SAAD, Individually, and
ZIHRA SAAD, Individually,

          Plaintiffs,                  Case No.: 10-cv-12635

vs.                                Hon. Patrick J. Duggan

MICHAEL KRAUSE, Individually and in
his official capacity, CITY OF DEARBORN
HEIGHTS, CITY OF DEARBORN HEIGHTS
POLICE DEPARTMENT, CITY OF DEARBORN,
CITY OF DEARBORN POLICE DEPARTMENT,
and JOHN DOE OFFICERS I-XXX,

          Defendants.

_____/

HADOUSCO. PLLC
By:  NEMER N. HADOUS (CA: 264431)
(AZ:  027529)
Admitted to practice in the U.S. District Court,
Eastern District of Michigan
Attorneys for Plaintiff
835 Mason Street, Suite 150-A
Dearborn, Michigan  48124
Telephone:     (313)450-4670
Email: nhadous@hadousco.com

CUMMINGS, McCLOREY, DAVIS &
ACHO, P.L.C.
By:  JEFFREY R. CLARK (P-33074)
Attorneys for Defendants, City of Dearborn Heights,
Officer Michael Krause and City of Dearborn Heights
33900 Schoolcraft Road
Livonia, Michigan  48150
Telephone: (734)261-2400
Email:        jclark@cmda-law.com

LAW OFFICES OF HAYTHAM FARAJ
By:  HAYTHAM FARAJ
Attorneys for Plaintiff
835 Mason Street, Suite 150-A
Dearborn, Michigan  48124
Telephone:  (760)521-7934

LAURIE M. ELLERBRAKE (P-38329)
Attorneys for Defendants City of Dearborn
and Dearborn Police Department
13615 Michigan Avenue
Dearborn, Michigan  48126
(313)943-2035

_____/

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT, MICHAEL KRAUSE**

**IT IS HEREBY STIPULATED** that the Defendant, MICHAEL KRAUSE, be dismissed

with prejudice and without costs, interest or attorney fees.

**CUMMINGS, McCLOREY, DAVIS, &**
**ACHO, P.L.C.**


 s/Jeffrey R. Clark
33900 Schoolcraft Road
Livonia, MI 48150
Telephone:  (734)261-2400
Email: jclark@cmda-law.com
(P-33074)

**LAW OFFICES OF HAYTHAM FARAJ**


835 Mason St., Suite 150-A
Dearborn, Michigan  48124
Telephone:  (313)436-1980
Email:  haytham@farajlaw.com
(P-72581)

## ORDER OF DISMISSAL WITH PREJUDICE


At a session of said Court, held in the Cit of Detroit, County of
Wayne, and State of Michigan on _____.

Present:  Hon._____.
PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

This matter having come on before the Court upon the Stipulation of the parties, and the

Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Defendant, MICHAEL KRAUSE, be dismissed with

prejudice and without costs, interest or attorney fees.

2

THIS ORDER RESOLVES THE LAST PENDING CLAIM AND CLOSES THE CASE


_____

PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE