UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAHMOUD SAAD, Individually, and
ZIHRA SAAD, Individually,

              Plaintiffs,              Case No.: 10-cv-12635

vs.                            Hon. Patrick J. Duggan

MICHAEL KRAUSE, Individually and in
his official capacity, CITY OF DEARBORN
HEIGHTS, CITY OF DEARBORN HEIGHTS
POLICE DEPARTMENT, CITY OF DEARBORN,
CITY OF DEARBORN POLICE DEPARTMENT,
and JOHN DOE OFFICERS I-XXX,

              Defendants.

_____/

| | |
|---|---|
| HADOUSCO. PLLC<br>By: NEMER N. HADOUS (CA: 264431)<br>(AZ: 027529)<br>Admitted to practice in the U.S. District Court,<br>Eastern District of Michigan<br>Attorneys for Plaintiff<br>835 Mason Street, Suite 150-A<br>Dearborn, Michigan 48124<br>Telephone:   (313)450-4670<br>Email: nhadous@hadousco.com | LAW OFFICES OF HAYTHAM FARAJ<br>By: HAYTHAM FARAJ<br>Attorneys for Plaintiff<br>835 Mason Street, Suite 150-A<br>Dearborn, Michigan 48124<br>Telephone: (760)521-7934 |
| CUMMINGS, McCLOREY, DAVIS &<br>ACHO, P.L.C.<br>By: JEFFREY R. CLARK (P-33074)<br>Attorneys for Defendants, City of Dearborn Heights,<br>Officer Michael Krause and City of Dearborn Heights<br>33900 Schoolcraft Road<br>Livonia, Michigan 48150<br>Telephone: (734)261-2400<br>Email:     jclark@cmda-law.com | LAURIE M. ELLERBRAKE (P-38329)<br>Attorneys for Defendants City of Dearborn<br>and Dearborn Police Department<br>13615 Michigan Avenue<br>Dearborn, Michigan 48126<br>(313)943-2035 |

_____/

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT, MICHAEL KRAUSE**

**IT IS HEREBY STIPULATED** that the Defendant, MICHAEL KRAUSE, be dismissed

with prejudice and without costs, interest or attorney fees.

**CUMMINGS, McCLOREY, DAVIS, &
ACHO, P.L.C.**


_s/Jeffrey R. Clark_____
33900 Schoolcraft Road
Livonia, MI 48150
Telephone:  (734)261-2400
Email: jclark@cmda-law.com
(P-33074)

**LAW OFFICES OF HAYTHAM FARAJ**



_____
835 Mason St., Suite 150-A
Dearborn, Michigan  48124
Telephone:  (313)436-1980
Email:  haytham@farajlaw.com
(P-72581)

**ORDER OF DISMISSAL WITH PREJUDICE**


At a session of said Court, held in the Cit of Detroit, County of
Wayne, and State of Michigan on ___November 8, 2012_.

Present:  Hon._PATRICK J.DUGGAN_____.
PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

This matter having come on before the Court upon the Stipulation of the parties, and the

Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Defendant, MICHAEL KRAUSE, be dismissed with

prejudice and without costs, interest or attorney fees.

2

THIS ORDER RESOLVES THE LAST PENDING CLAIM AND CLOSES THE CASE

s/Patrick J.Duggan

**PATRICK J. DUGGAN**
**U.S. DISTRICT COURT JUDGE**